AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Jermaine Moore | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No.   3:17-cv-022 |
| Warden, Lebanon Correctional Institution | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other: The Court ADOPTS the Report and Recommendations and Supplemental Report and Recommendations as follows: Petition is DISMISSED WITH PREJUDICE; DENIED a certificate of appealability; Court CERTIFIES to the Sixth Circuit that any appeal would be frivolous and should not be permitted to proceed in forma pauperis; and the case shall be terminated on the Court's docket. .

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas M. Rose _____ on a motion for
    Report and Recommendatios

Date:   3/29/2017 _____

*CLERK OF COURT*

*Sophia R. Bryant*
*Signature of Clerk or Deputy*